IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Montalvo-Moore, Nicole | Case Number:  07 B 16665 |
| | Judge:  Squires, John H |
| Printed:  2/26/08 | Filed:  9/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 2. | New Age Chicago Furniture Co | Secured | 1,234.83 | 0.00 |
| 3. | Rescap Mortgage | Secured | 20,742.91 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 785.12 | 0.00 |
| 5. | Omaha Steaks | Unsecured | 109.00 | 0.00 |
| 6. | Condor Capital Corp | Unsecured | 10,437.23 | 0.00 |
| 7. | Bank Of America | Unsecured | | No Claim Filed |
| 8. | F&W LLC | Unsecured | | No Claim Filed |
| 9. | Fast Adjustment Bureau | Unsecured | | No Claim Filed |
| 10. | Genesis | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 13. | Professional Account Management | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,309.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Montalvo-Moore, Nicole

Printed:  2/26/08

Case Number:  07 B 16665
Judge:  Squires, John H
Filed:  9/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____